PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cesar Bienvenido Molina                         Cr.: 04-Cr-320-01
                                                                  PACTS Number: 37116

Name of Sentencing Judicial Officer: Stanley R. Chesler, U.S.D.J.

Date of Original Sentence: 03/28/05

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute More Than 1 Kilogram of Heroin.

Special Conditions: Urinalysis and/or Drug Treatment; Mental Health Treatment; Financial Disclosure; and a $5,000 fine.

Original Sentence: 60 months imprisonment; 5 years supervised release.

<u>Type of Supervision: Supervised Release                         Date Supervision Commenced: 2/28/08</u>

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of      Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE  (25 hours)

You shall contribute 25 hours of community service work and follow the probation officer's instructions regarding the implementation of this Court directive. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On July 6, 2011, the offender submitted a urine sample which tested positive for the presence of cocaine.

Respectfully submitted,

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 8/24/11

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/1/2011
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

August 26, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

Honorable Stanley R. Chesler, U.S. District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
50 Walnut Street, Room 417
P.O. Box 999
Newark, New Jersey 07101

RE: Molina, Cesar Bienvenido
Dkt. No. 04-00320-001
**Request for Modifications of
Supervision Conditions**

Dear Judge Chesler:

Please find Probation Form 12B to add the special condition of community service work on the above named offender. The offender is being supervised by the U.S. Probation Office for the Middle District of Florida. After testing positive for cocaine, Molina has agreed to participate in a substance abuse treatment program as well as complete 25 hours of community service work. A Probation Form 49, *Waiver of Hearing to Modify Conditions of Supervised Release*, signed by Mr. Molina is also enclosed.

We will make ourselves available should the Court wish to discuss this matter. The undersigned officer may be contacted at (973) 223-0593.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Luis R. González
Sr. U.S. Probation Officer

Enclosures

PROB 49
(3/80)

# United States District Court
## Middle District of Florida

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall perform __25__ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

7/26/11
Date